UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                              16-cr-45-02 (PKC)

      -against-

                                                            <u>ORDER</u>

LUIS MEJIA,

                  Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        Thomas Dunn is appointed CJA counsel to defendant Luis Mejia for the limited purpose of representing him on a compassionate release application.

        SO ORDERED.

                                                              P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
           May 20, 2020