UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                           16-cr-45-02 (PKC)

          -against-                                            ORDER

LUIS MEJIA,

                            Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The government is directed to respond to the defendant's application for relief under 18 U.S.C. § 3582(c) by December 22, 2020.  The defendant may reply by January 8, 2021.

        SO ORDERED.

                                                                           P. Kevin Castel
                                                               United States District Judge

Dated: New York, New York
           December 7, 2020