**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 BROADWAY**
**SUITE 1515**
**NEW YORK, NEW YORK 10007**
**TEL: 212-941-9940**
**FAX: 212-693-0090**

**By ECF & email**                                                                 January 8, 2021

Honorable P. Kevin Castel
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

> Application GRANTED.
> SO ORDERED.
> Dated: 1/8/2021
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

    Re: <u>United States v. Luis Mejia</u>,
        16 Cr. 45 (PKC)

Dear Judge Castel:

    The reply on behalf of Mr. Luis Mejia is due today. I will not be able to complete the submission today. I seek permission to make the submission on Monday January 11th.

    Assistant U.S. Attorney Jason Swergold advised that he has no objection to my request for additional time until Monday to submit the reply to your Honor. I apologize for the lateness of this request.

    Thank you for your consideration of this request.

                                                                  Respectfully yours,
                                                                    /s/
                                                                  Thomas F.X. Dunn

Cc: Jason Swergold, Esq.
    Assistant U.S. Attorney
    Jane Kim, Esq.
    Assistant U.S. Attorney
    (by ECF & email)