UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                          16-cr-45 (PKC)

              -against-                                   ORDER

LUIS MEJIA,

                         Defendant.
-------------------------------------------------------x

CASTEL, U.S.D.J.

  Defendant Luis Mejia is serving a sentence of principally 121 months imprisonment and is presently in a Residential Reentry program in New York in anticipation of his June 12, 2024 release date.

  On April 16, 2024, the Office of Probation transmitted a Supplemental Presentence Report to the undersigned indicating that defendant may be eligible for a "Zero Point Offender" adjustment under Amendment 821 to the Sentencing Guidelines. Because of a reduction in Offense Level as a result of section 4C1.1, defendant's Amended Total Offense Level would be reduced from 32 to 30, reducing the Guidelines range from 121-151 months to 97-121 months.

  No motion for a sentence reduction has been filed by the defendant.

  The Court previously denied a compassionate release reduction. (Order, Jan. 28, 2021; ECF 104.)  The defendant's serious offense conduct is recounted in the Order denying compassionate release, including that Mejia and his co-defendant attempted to ship approximately 90 kilograms of cocaine from the Dominican Republic to New York City, hidden within a shipment of cassava bread that was intercepted by Border

Patrol agents. (Id. at 2.)

Considering the section 3553(a) factors, the circumstance that the Amended Guidelines Range includes the original term of imprisonment as the top of the amended range, the temporal proximity of the release date, and defendant's status as a participant in a potentially beneficial Residential Reentry program, the Court sua sponte considers whether to grant a sentence reduction and declines to do so.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
        April 24, 2024